# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136260

FRANK RICHARD JACOBSON,
       Plaintiff-Appellant,

v

NORFOLK DEVELOPMENT CORPORATION,
       Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136260
COA: 273708
Washtenaw CC: 06-000289-CH

     On order of the Court, the application for leave to appeal the January 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616